# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 27, 2010

140460

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

MICHELLE MANNING,
      Plaintiff-Appellant,

v

IRON HORSE COUNTRY STORE, L.L.C.,
      Defendant-Appellee.

SC: 140460
COA: 286787
St Clair CC: 06-001210-NI

_____/

On order of the Court, the application for leave to appeal the December 17, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 27, 2010

0419

_____
Clerk